United States District Court
Southern District of Texas
**ENTERED**
August 13, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| BARBARA ANDREA SILVA CAMACHO, | § § § § § | |
| Petitioner, | | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-06450 |
| TODD BLANCHE, *et al.*, | § § § § | |
| Defendants. | § | |

## ORDER

The Court has determined that this case is appropriate for intradivision transfer to the Honorable Charles Eskridge. Specifically, because Judge Eskridge has previously presided over a related case, *Silvia Camacho v. Tate et al.*, 4:26-cv-1726, transfer serves both judicial efficiency and the interests of justice. Accordingly, this case is hereby TRANSFERRED to the docket of Judge Charles Eskridge.

It is so ORDERED.

AUG 1 3 2026
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge